# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133493

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM EDWARD ROWE,
      Defendant-Appellant.

SC: 133493
COA: 273703
Berrien CC: 2005-400068-FC

_____/

On order of the Court, the application for leave to appeal from the February 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. Further, for purposes of MCR 6.502(G)(1), the Court notes that the reference to MCR 6.508(D) in the Court of Appeals order appears to characterize the application in that court as involving a motion for relief from judgment. The application to the Court of Appeals was in fact from the judgment of conviction. It was properly denied for lack of merit.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

s0711